UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CURTIS CALVIN CAIN,

    Petitioner,

v.                                                            CASE NO. 6:08-cv-308-Orl-19KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

On February 27, 2008, Petitioner initiated this action by filing a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 (Doc. No. 1). Along with his petition, Petitioner filed a Motion to Stay the Proceedings (Doc. No. 3) asserting that he was currently appealing the state trial court's denial of his successive motion for post-conviction relief. Pursuant to this Court's Order, Respondents filed a response (Doc. No. 11) requesting that this Court deny Petitioner's Motion to Stay the Proceedings. In support of their position, Respondents maintain that the Florida Fifth District Court of Appeal *per curiam* affirmed the state trial court's denial of relief on April 1, 2008. (Doc. No. 11 at 1); *see Cain v. State*, 2008 Fla. App. LEXIS 5325 (Fla. 5th DCA April 1, 2008). Additionally, Respondents contend that Petitioner's motion for rehearing/clarification was denied on April 30, 2008. (Doc. No. 11 at 2.)

The Court finds that Petitioner has not provided good cause for staying these proceedings. *See Rhines v. Weber*, 544 U.S. 269 (2005) (finding that a stay is only appropriate when there is good cause for the petitioner's failure to exhaust the claims in state court and that it would be an abuse of discretion to grant a stay when the unexhausted claims are plainly meritless or if the petitioner engaged in abusive litigation tactic or intentional delay). Therefore, it is hereby **ORDERED** that Petitioner's Motion to Stay the Proceedings (Doc. No. 2) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 12th day of May, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 5/12
Curtis Calvin Cain
Counsel of Record